No. —. EX PARTE CHARLES N. WILLIAMS; and

No. —. EX PARTE JOSEPH PORESKY. May 26, 1941. Applications denied.

No. —, original. EX PARTE EMMET H. BOZEL. May 26, 1941. The motion for leave to file a petition for habeas corpus is denied without prejudice to a further application to the United States District Court for the District of Kansas, and for proceedings thereon in accordance with the decisions in *Walker* v. *Johnston,* 312 U. S. 275, and *Holiday* v. *Johnston, ante,* p. 342.

No. —, original. EX PARTE ERNEST J. ANDERSON;

No. —, original. EX PARTE CLARENCE M. BRUMMITT; and

No. —, original. EX PARTE JOHN W. MEYERS. May 26, 1941. The motions for leave to file petitions for writs of habeas corpus are denied.